IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| WAYNE CRAWFORD and CARDIFF FORK LANDOWNERS ASS'N,<br><br>        Plaintiffs,<br><br>        v.<br><br>SALT LAKE COUNTY, STATE OF UTAH, U.S. DEP'T OF AGRIC., U.S. FOREST SERV.,<br><br>        Defendants. | **ORDER ADOPTING AMENDED REPORT AND RECOMMENDATION**<br><br>Civil No. 2:06-CV-106<br><br>Judge Paul G. Cassell |

Before the court is the Amended Report and Recommendation ("AR&R") (#43) issued by United States Magistrate Judge Alba on September 25, 2006, recommending that the court deny plaintiff's motion for default judgment (#33) and grant defendants' motion to dismiss (#17).

Pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, the court now makes a de novo determination upon the record of the portions of Magistrate Judge Alba's disposition to which the court has received specific written objections. Although plaintiffs timely filed objections in which they request the court to reject the AR&R, the court finds no merit to these objections and finds, having reviewed the matter de novo, that the record fully supports the AR&R.

Consequently, the court ADOPTS the AR&R (#43) and DENIES plaintiff's motion for default judgment (#33) and GRANTS defendants' motion to dismiss (#17). This case is dismissed with prejudice. The Clerk's Office is directed to close the case.

SO ORDERED.

DATED this 31st day of October, 2006.

                                                        BY THE COURT:

                                                        _____

                                                        Paul G. Cassell,
                                                        United States District Judge